**In the United States District Court
for the Southern District of Georgia
Brunswick Division**

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:13 pm, Jun 27, 2017

| | |
|---|---|
| GARY TYRE, individually; SAMANTHA JACOBS, as Administrator of the Estate of JERROD WEBSTER TYRE; and YVONNE GILDER, individually;<br><br>  Plaintiffs,<br><br>  v.<br><br>SHERIFF JOHN CARTER, in his individual capacity; ROBERT BRANTLEY, JR., in his individual capacity; and JOHN DOES 1-3, in their individual capacities;<br><br>  Defendants. | CV 216-110 |

## ORDER

The Court previously reserved ruling on the issue of Official Immunity as to Defendant Robert Brantley, Jr. in order to allow the parties to clarify their respective positions regarding that claim. Dkt. No. 20. The parties have now done so. Dkt. Nos. 21, 22. Upon review, Defendants' Partial Motion to Dismiss (Dkt. No. 13) will be **GRANTED** in its entirety. Specifically, Plaintiff Samantha Jacobs has confirmed that she intends to pursue state law tort claims against Deputy Brantley

in his official capacity, and these claims will be dismissed. Dkt. No. 22. These claims must be dismissed because under Georgia law, governmental employees who are sued in their individual capacities for discretionary acts performed within the scope of their employment are entitled to official immunity. Ga. Const. art. I, § II, para. IX(d); Gilbert v. Richardson, 452 S.E.2d 476 (Ga. 1994); Brown v. Taylor, 596 S.E.2d 403 (Ga. Ct. App. 2004); Standard v. Hobbs, 589 S.E.2d 634 (Ga. Ct. App. 2003). Here, Deputy Brantley's actions were discretionary and performed within the scope of his employment as a law enforcement official. Plaintiffs have alleged no facts which would allow a plausible inference that Deputy Brantley acted outside of his role as a law enforcement officer. As such, Deputy Brantley is entitled to dismissal on all state law claims.

**SO ORDERED**, this 27th day of June, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA