# United States District Court
## Southern District of Georgia

GARY TYRE, individually; SAMANTHA JACOBS as Administrator of the Estate of JERROD WEBSTER TYRE; and YVONEE GILDER, individually,

Plaintiffs,

v.

ROBERT L. BRANTLEY, JR,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:16-cv-110

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated September 19, 2019, granting Defendant Robert L. Brantley, Jr.'s Motion for Summary Judgment, judgment is hereby entered dismissing the case.

This case stands closed.

Approved by: _____

September 23, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*