**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

GARY TYRE, individually; SAMANTHA JACOBS as Administrator of the Estate of JERROD WEBSTER TYRE; and YVONNE GILDER, individually,

    Plaintiffs,

v.

ROBERT L. BRANTLEY, JR.,

    Defendant.

CIVIL ACTION NO.: 2:16-cv-110

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit;

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 4th day of December, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA